UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shakeerah Kaneisha Yvette Vinson**  **Docket No. 5:23-CR-27-1D**

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, Supervisory U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shakeerah Kaneisha Yvette Vinson, who, upon a finding of guilt by jury to Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 1349 and 1343, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 15, 2023, to the custody of the Bureau of Prisons for a term of 366 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Shakeerah Kaneisha Yvette Vinson was released from custody on June 3, 2024, at which time the term of supervised release commenced.

As a result of her compliance on supervision, the defendant was transferred to the Low Intensity Supervision Program on November 15, 2024.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a condition of the original Judgment and Commitment order entered on August 15, 2023, the court ordered that any balance of the special assessment and restitution still owed at the time of release shall be paid in installments of $200 per month to begin 60 days after the defendant's release. Since her release, the defendant has been consistent with her monthly payments but has recently reached out requesting her monthly payment obligation be reduced due to financial hardship. After reviewing her financial status and providing suggestions for reducing her cash outflow, it is respectfully recommended that her monthly installments be reduced to $150.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay the balance of the restitution still owed in installments of $150 per month beginning September 2025.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401
Phone: 910-352-6435
Executed On: August 22, 2025

Shakeerah Kaneisha Yvette Vinson
Docket No. 5:23-CR-27-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this  25  day of  August , 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge